IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUNE SHEW, *et al*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:13-cv-00739-AVC |
| v. | : | |
| | : | |
| DANNEL P. MALLOY, *et al*, | : | |
| | : | |
| Defendants. | : | June 26, 2013 |

**PLAINTIFFS' MOTION FOR PERMISSION *NUNC PRO TUNC*
TO FILE AN OVERSIZED MEMORANDUM OF LAW**

1.  Plaintiffs, by and through their attorneys, and pursuant to L.R.Civ.P. 7(a)(2), respectfully move this Court for an Order granting permission *nunc pro tunc* to file an oversized Memorandum of Law in support of their Motion for Preliminary Injunction.

2.  Plaintiffs have moved to immediately enjoin the implementation and enforcement of Connecticut's Act Concerning Gun Violence Prevention and Children's Safety (Connecticut General Assembly Bill No. 1160) ("the Act"). The Act is a large and comprehensive piece of legislation that involves numerous constitutional issues. The issues implicated by the Act are highly complex, and involve the Second Amendment and the Equal Protection Clause of the U.S. Constitution. The facts supporting this Motion are complicated, detailed, and wide-ranging.

3.  To adequately and thoroughly brief the Court on theses issues and facts, the plaintiffs need to file a Memorandum of Law that exceeds forty (40) pages. Plaintiffs are therefore requesting permission *nunc pro tunc* to file a Memorandum of Law that will not exceed fifty (50) pages.

4.  Plaintiffs have conferred with counsel for the defendants regarding this request, and

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

1

they have consented to its being granted.

Dated: June 26, 2013               Respectfully Submitted,

                                   GOLDBERG SEGALLA, LLP

                                   By:   /s/    Brian T. Stapleton
                                   Brian T. Stapleton, Esq. (CT13418)
                                   Matthew S. Lerner. Esq.
                                   100 Pearl Street – Suite 1100
                                   Hartford, CT 06103
                                   (860) 760-3300
                                   bstapleton@goldbergsegalla.com

                                   *Counsel For Plaintiffs*

## **CERTIFICATION**

I hereby certify that on June 26th, 2013, a copy of the foregoing MOTION FOR PERMISSION TO FILE AN OVERSIZED MEMORANDUM OF LAW was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                   GOLDBERG SEGALLA, LLP

                                   By:   /s/   Brian T. Stapleton
                                                Brian T. Stapleton, Esq. (CT13418)

3