UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUNE SHEW, ET AL. ) | CIVIL NO. 3:13CV-00739 (AVC) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | |
| DANNEL P. MALLOY, ET AL. ) | |
| ) | |
| Defendants. ) | JULY 12, 2013 |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the National Rifle Association of America, Inc. ("NRA"), Movant, in the above-entitled case.

Dated at Hartford, Connecticut on this 12th day of July, 2013.

                                             MOVANT,
                                             NATIONAL RIFLE ASSOCIATION OF
                                             AMERICA, INC.

By _____
                                             Joseph G. Fortner, Jr., Esq.
                                             Federal Bar No. ct04602
                                             Halloran & Sage LLP
                                             225 Asylum Street
                                             Hartford, CT 06103
                                             Tele:  860-522-6103
                                             Fax:  860-548-0006
                                             fortner@halloran-sage.com

## CERTIFICATION

This is to certify that on this 12th day of July, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Joseph G. Fortner, Jr.