UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUNE SHEW, et al. | : | |
|    *Plaintiffs* | : | CIVIL ACTION NO. |
| | : | 3:13-CV-00739-AVC |
| | : | |
| v. | : | |
| | : | |
| DANNEL P. MALLOY, GOVERNOR OF | : | |
| THE STATE OF CONNECTICUT, et al. | : | |
|    *Defendants* | : | July 12, 2013 |

**MOTION TO SUPPLEMENT**
**PROPOSED SCHEDULING ORDER (ECF DOCKET #18)**

Pursuant to Rule 9 of the Local Rules of Procedure, the Defendants respectfully request that the Court supplement the proposed scheduling order filed on July 9, 2013, (ECF #18), to include the deadline for the Defendants' answer.  Defendants request, and Plaintiffs consent, that the answer deadline be set as twenty days from this Court's ruling on the pending motion for injunctive relief (ECF #14).  The requested answer deadline would be in addition to the other deadlines set forth in ECF #18 which are: (1) July 12, 2013 for amici supporting Plaintiffs' motion for preliminary injunction; (2) September 6, 2013 for Defendants' opposition to the motion; (3) seven days from Defendants' opposition for amici supporting Defendants' opposition; (4) October 7, 2013 for Plaintiffs' reply.  Plaintiffs' counsel consents to this request to supplement the Proposed Order to include an answer deadline of twenty days from a ruling on the motion for preliminary injunction.    This is the first request to supplement the proposed scheduling order.

Respectfully Submitted,

DEFENDANTS
DANNEL P. MALLOY, et al.

GEORGE JEPSEN
ATTORNEY GENERAL

BY: */s/ Maura Murphy Osborne*_____
Maura Murphy Osborne
Assistant Attorney General
Federal Bar No. ct19987
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Maura.MurphyOsborne@ct.gov

:

## CERTIFICATION

I hereby certify that on July 12, 2013, a copy of the foregoing Motion to Supplement Proposed Scheduling Order was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

BY:    */s/ Maura Murphy Osborne*      
            Maura Murphy Osborne