IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUNE SHEW, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | CASE NO. 3:13-cv-00739-AVC |
| | : | |
| v. | : | |
| | : | |
| DANNEL P. MALLOY, *et al.*, | : | |
| | : | |
| Defendants. | : | JULY 12, 2013 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Law Enforcement Legal Defense Fund (LELDF), the Law Enforcement Action Network (LEAN), the International Law Enforcement Educators and Trainers Association (ILEETA), and the following active-duty and retired Connecticut peace officers: Retired State Police Lieutenant Colonel Matthew Tyszka, Retired State Police Sergeant Douglas Hall, Esq., Retired State Police Sergeant Darren Edwards, Retired State Police Trooper James Bleidner, Shelton Police Department Officer David Murad, Shelton Police Department Officer Michael McClain, and Waterford Police Department Officer John Bunce.

                MOVANTS

BY:   /s/ Rachel M. Baird
         Rachel M. Baird (ct12131)
         Law Office of Rachel M. Baird
         8 Church St Ste 3B
         Torrington, CT 06790
         Tel:  (860) 626-9991
         Fax:  (860) 626-9992
         Email:  rbaird@rachelbairdlaw.com

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT on July 12, 2013, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rachel M. Baird
Rachel M. Baird
Commissioner of the Superior Court