IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUNE SHEW, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | CASE NO. 3:13-cv-00739-AVC |
| | : | |
| v. | : | |
| | : | |
| DANNEL P. MALLOY, *et al.*, | : | |
| | : | |
| Defendants. | : | JULY 12, 2013 |

**MOTION FOR ADMISSION AS A VISTING ATTORNEY**
**TO REPRESENT AMICI CURIAE APPLICANTS**

The undersigned attorney Rachel M. Baird, as a member of the Bar admitted to practice in the District of Connecticut and pursuant to Rule 83.1 of the Local Rules of Civil Procedure, hereby moves for admission of C.D. Michel of Michel & Associates, P.C. as a visiting attorney to represent amici curiae applicants the Law Enforcement Legal Defense Fund (LELDF), the Law Enforcement Action Network (LEAN), the International Law Enforcement Educators and Trainers Association (ILEETA), and the following active-duty and retired Connecticut peace officers: Retired State Police Lieutenant Colonel Matthew Tyszka, Retired State Police Sergeant Douglas Hall, Esq., Retired State Police Sergeant Darren Edwards, Retired State Police Trooper James Bleidner, Shelton Police Department Officer David Murad, Shelton Police Department Officer Michael McClain, and Waterford Police Department Officer John Buncein the above-captioned matter.

The undersigned has been a member of the Bar of this Court since 1993, has known Attorney Michel since 2008 through practice in common areas of law, and knows of no fact which would call into question his integrity or character. I am aware of his esteemed professional reputation for civil rights advocacy and *pro bono* work and have visited his firm in Long Beach,

**ORAL ARGUMENT NOT REQUESTED**

California. Based upon my personal knowledge of Attorney Michel's background and character, I sponsor Attorney Michel's application for admission as a visiting attorney.

An Affidavit by Attorney Michel in Support of this Motion is attached.

Wherefore, the undersigned respectfully moves the Court to grant Attorney Michel's admission as a visiting attorney in the above-captioned case to represent the *amici curiae* applicants.

PROPOSED SPONSORING ATTORNEY
FOR C.D. MICHEL AS
COUNSEL FOR *AMICI CURIAE*
APPLICANTS


BY:   /s/ Rachel M. Baird
      Rachel M. Baird (ct12131)
      Law Office of Rachel M. Baird
      8 Church St Ste 3B
      Torrington, CT 06790
      Tel:  (860) 626-9991
      Fax:  (860) 626-9992
      Email:  rbaird@rachelbairdlaw.com


**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY THAT on July 12, 2013, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Rachel M. Baird
Rachel M. Baird
Commissioner of the Superior Court