IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUNE SHEW, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | CASE NO. 3:13-cv-00739-AVC |
| | : | |
| v. | : | |
| | : | |
| DANNEL P. MALLOY, *et al.*, | : | |
| | : | |
| Defendants. | : | JULY 5, 2013 |

**AFFIDAVIT IN SUPPORT OF C.D. MICHEL'S ADMISSION**
**AS A VISTING ATTORNEY**

I, C. D. MICHEL, HEREBY STATE in support of my admission as a visiting attorney, upon oath and penalty of perjury:

1.    My office address, telephone number, fax number, email address, and contact information are:

>Name of Firm: Michel & Associates, P.C.
>Address: 180 E. Ocean Blvd., Ste. 200, Long Beach, CA 90802
>Office Phone Number: (562) 216-4444
>Fax Number: (562) 216-4445
>E-mail Address: Cmichel@michellawyers.com

2.    I am admitted to practice before the Bar of the following courts (list all state and federal courts and dates of admission): States of California, S.B.N. 144258 (12/13/1989); Texas, S.B.N. 24079869 (12/15/2011); District of Columbia, B.N. 1013406 (4/1/2013); Supreme Court of the United States (9/16/1996); Ninth Circuit Court of Appeals (3/14/1991); U.S. District Court, Northern District of California (7/20/2004); U.S. District Court, Southern District of California (8/28/1999); U.S. District Court, Eastern District of California (8/18/1999); U.S. District Court, Central District of California (12/14/1989).

3. I received my undergraduate degree from Rutgers University, School of Environmental & Biological Sciences in 1980. I received my degree of J.D. from Loyola Law School in 1989.

4. I have been engaged in the general practice of law in California from December 13, 1989, to the present time.

5. I have no pending disciplinary complaints.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully and carefully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. I hereby designate Attorney Rachel M. Baird as my agent of service and the District of Connecticut as the forum for the resolution of any dispute arising of my admission as a visiting attorney.

9. Upon admission I will file a certificate of good standing issued by a State of California court.

Dated at Long Beach, California, this 10 day of July 2013.

_____
C.D. Michel