```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
```

JUNE SHEW, et al.,                :
   Plaintiffs,                   :
                                 :
v.                                :        NO. 3:13cv739(AVC)
                                 :
DANNEL P. MALLOY, et al.,         :
   Defendants.                   :

## AMENDED SCHEDULING ORDER

**WHEREAS**, the plaintiffs having filed an action for a declaratory judgment, pursuant to 28 U.S.C. § 2201, that certain statutes promulgated by the Connecticut General Assembly infringe on the plaintiffs' right to keep and bear arms, in violation of the Second and Fourteenth Amendments to the United States Constitution, deny the plaintiffs equal protection of the laws, in violation of the Fourteenth Amendment to the United States Constitution, and are unconstitutionally vague, the following amended briefing schedule is established:

    (1)  On or before August 9, 2013, the defendants are to file their answer;

    (2)  On or before August 16, 2013, the plaintiffs shall file their brief in support of their underlying cause of action;

    (3)  On or before August 23, 2013, all amicus briefs in support of the plaintiffs' underlying cause of action shall be filed;

    (4)  On or before September 13, 2013, the defendants shall file their brief in opposition to the plaintiffs' motion;

    (5)    On or before September 20, 2013, all amicus briefs in in opposition to the plaintiffs' underlying cause of action shall be filed;

    (6)    On or before September 27, 2013, the plaintiffs shall file their reply brief, if any, to the defendants' opposition;

    (7)    On October 8, 2013, at 2:00 P.M., the court will conduct a hearing, if requested, on the merits of the underlying cause of action.

It is so ordered this 24th day of July 2013, at Hartford, Connecticut.

                                /s/
                        Alfred V. Covello
                        United States District Judge