

# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## CHARLES J COOPER

was on **JANUARY 26, 1979** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JULY 23, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 31, 2013, a copy of the foregoing CERTIFICATE OF GOOD STANDING was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                   s/ Charles J. Cooper
                                                 Charles J. Cooper
                                                 Fed. Bar No. ct12491
                                                 Counsel for National Rifle Association of
                                                          America, Inc.
                                                 COOPER & KIRK, PLLC
                                                 1523 New Hampshire Avenue, N.W.
                                                 Washington, D.C. 20036
                                                 Tel:  (202) 220-9660
                                                 Fax:  (202) 220-9601
                                                 Email:  ccooper@cooperkirk.com