IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUNE SHEW, *et al*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:13-cv-00739-AVC |
| v. | : | |
| | : | |
| DANNEL P. MALLOY, *et al*, | : | |
| | : | |
| Defendants. | : | January 31, 2014 |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that June Shew, Rabbi Mitchell Rocklin, Stephanie Cypher, Peter Owens, Brian McClain, Andrew Mueller, Hiller Sports, LLC; MD Shooting Sports, LLC; The Connecticut Citizens' Defense League; and The Coalition of Connecticut Sportsmen, plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from those portions of the District Court Decision and Order, entered January 30, 2014 (ECF Doc. No. 125), and the District Court Judgment, entered January 31, 2014 (ECF Doc. No. 126) that denied Plaintiffs' Motion for Summary Judgment and granted Defendant Dannel P. Malloy; Kevin T. Kane; Reuben F. Bradford; David I. Cohen; John C. Smriga; Stephen J. Sedensky III; Maureen Platt; Kevin D. Lawlor; Michael Dearington; Peter A. McShane; Michael L. Regan; Patricia M. Froehlich; Gail P. Hardy; Brian Preleski; David Shepack; and Matthew C. Gedansky's

(continued on next page)

GOLDBERG SEGALLA, LLP
100 Pearl Street, Suite 1100
Hartford, CT 06103
(860) 760-3300

1

Motion for Summary Judgment.

Dated: January 31, 2014                    Respectfully Submitted,

                                           GOLDBERG SEGALLA, LLP

                                           By:   /s/   Brian T. Stapleton
                                           Brian T. Stapleton, Esq. (CT13418)
                                           Matthew S. Lerner. Esq.
                                           100 Pearl Street – Suite 1100
                                           Hartford, CT 06103
                                           (860) 760-3300
                                           bstapleton@goldbergsegalla.com

                                           ***Counsel For Plaintiffs***

## **CERTIFICATION**

I hereby certify that on January 31, 2014, a copy of the foregoing NOTICE OF APPEAL was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

GOLDBERG SEGALLA, LLP

By:  /s/   Brian T. Stapleton
Brian T. Stapleton, Esq.